**FILED**

Mar 30 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ s/ Charlest _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '22 CR736 CAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| JONATHAN HERNANDEZ MEDINA, | |
| Defendant. | |

The grand jury charges:

On or about November 20, 2021, within the Southern District of California, defendant JONATHAN HERNANDEZ MEDINA did knowingly and intentionally import 5 kilograms and more, to wit: approximately 21.72 kilograms (47.88 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 30, 2022.

RANDY S. GROSSMAN
United States Attorney

By: _Amy F Bramell_
JULIE A. BAUMAN
on behalf Assistant U.S. Attorney

JABA:cms:San Diego:3/29/22